**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Central__ District of __Califronia__
_(State)_

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual           12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**: True Pharmastrip, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   **Principal place of business**

   16 Canyonwood
   Number    Street

   _____

   Irvine                CA   92620
   City                  State  ZIP Code

   Orange
   County

   **Mailing address, if different**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

Debtor  **True Pharmastrip, Inc.**  Case number (*if known*)_____
      <sub>Name</sub>

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                        MM / DD / YYYY |
| | | Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                        MM / DD / YYYY |

### Part 3: Report About the Case

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 2

Debtor **True Pharmastrip, Inc.**
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Please see attachment sheet | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
**BPMD Texas Partners, LP**
Name
**2152 Del Monte Drive**
Number   Street
**Houston**    **TX**    **77019**
City    State    ZIP Code

Name and mailing address of petitioner's representative, if any
**Marc Graubart**
Name
**2152 Del Monte Drive**
Number   Street
**Houston**    **TX**    **77019**
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/24/2023**
MM / DD / YYYY

X _/s/ signature_
Signature of petitioner or representative, including representative's title

**Attorneys**

**Christopher E. Prince**
Printed name
**Lesnick Prince & Pappas LLP**
Firm name, if any
**315 W. Ninth St., Suite 705**
Number   Street
**Los Angeles**    **CA**    **90015**
City    State    ZIP Code

Contact phone **(213) 493-6496**    Email **cprince@lesnickprince.com**

Bar number **183553**

State **CA**

X **/s/ Christopher E. Prince**
Signature of attorney

Date signed **07/24/2023**
MM / DD / YYYY

Debtor **True Pharmastrip, Inc.**
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Robert Chaikin
Name

19512 Sedgefield Terrace
Number   Street

Boca Raton                FL            33498
City                      State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City            State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/24/2023
             MM / DD / YYYY

✗ _[signature]_
Signature of petitioner or representative, including representative's title

---

Christopher E. Prince
Printed name

Lesnick Prince & Pappas LLP
Firm name, if any

315 W. Ninth St., Suite 705
Number   Street

Los Angeles              CA          90015
City                     State       ZIP Code

Contact phone (213) 493-6496   Email cprince@lesnickprince.com

Bar number 183553

State CA

✗ /s/ Christopher E. Prince
Signature of attorney

Date signed 07/24/2023
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number   Street

_____
City            State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City            State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City            State      ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 4

Debtor    **True Pharmastrip, Inc.**    Case number (*if known*) _____
            Name

| | |
|---|---|
| **Name and mailing address of petitioner** | **Christopher E. Prince** <br> Printed name <br> **Lesnick Prince & Pappas LLP** <br> Firm name, if any |
| **Richard Lyons** <br> Name <br> **2104 Hubstone Way** <br> Number    Street <br> **Pearland**    **TX**    **77581** <br> City    State    ZIP Code | **315 W. Ninth St., Suite 705** <br> Number    Street <br> **Los Angeles**    **CA**    **90015** <br> City    State    ZIP Code <br> Contact phone **(213) 493-6496**    Email **cprince@lesnickprince.com** <br> Bar number    **183553** <br> State    **CA** |
| **Name and mailing address of petitioner's representative, if any** <br> _____ <br> Name <br> _____ <br> Number    Street <br> _____ <br> City    State    ZIP Code | |
| I declare under penalty of perjury that the foregoing is true and correct. <br> Executed on **07/24/2023** <br>       MM / DD / YYYY <br> ✗ _[signature]_ <br> Signature of petitioner or representative, including representative's title | ✗ **/s/ Christopher E. Prince** <br> Signature of attorney <br> Date signed **07/24/2023** <br>       MM / DD / YYYY |
| **Name and mailing address of petitioner** <br> _____ <br> Name <br> _____ <br> Number    Street <br> _____ <br> City    State    ZIP Code | _____ <br> Printed name <br> _____ <br> Firm name, if any <br> _____ <br> Number    Street <br> _____ <br> City    State    ZIP Code <br> Contact phone _____    Email _____ <br> Bar number _____ <br> State _____ |
| **Name and mailing address of petitioner's representative, if any** <br> _____ <br> Name <br> _____ <br> Number    Street <br> _____ <br> City    State    ZIP Code | |
| I declare under penalty of perjury that the foregoing is true and correct. <br> Executed on _____ <br>       MM / DD / YYYY <br> ✗ _____ <br> Signature of petitioner or representative, including representative's title | ✗ _____ <br> Signature of attorney <br> Date signed _____ <br>       MM / DD / YYYY |

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor: **True Pharmastrip, Inc.**
Case number (if known): _____

**Name and mailing address of petitioner**
Name: Lejos Investments, LLC
Number Street: 617 Aviator Dr.
City: Fort Worth    State: TX    ZIP Code: 76179

**Name and mailing address of petitioner's representative, if any**
Name: Jeff Farr
Number Street: 617 Aviator Dr.
City: Fort Worth    State: TX    ZIP Code: 76179

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/24/2023

X _/s/ Jeff Farr_ (signature)
Signature of petitioner or representative, including representative's title

Printed name: Christopher E. Prince
Firm name, if any: Lesnick Prince & Pappas LLP
Number Street: 315 W. Ninth St., Suite 705
City: Los Angeles    State: CA    ZIP Code: 90015
Contact phone: (213) 493-6496    Email: cprince@lesnickprince.com
Bar number: 183553
State: CA

X /s/ Christopher E. Prince
Signature of attorney
Date signed: 07/24/2023

**Name and mailing address of petitioner**
Name: _____
Number Street: _____
City: _____    State: _____    ZIP Code: _____

**Name and mailing address of petitioner's representative, if any**
Name: _____
Number Street: _____
City: _____    State: _____    ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____

X _____
Signature of petitioner or representative, including representative's title

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: _____    State: _____    ZIP Code: _____
Contact phone: _____    Email: _____
Bar number: _____
State: _____

X _____
Signature of attorney
Date signed: _____

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor  True Pharmastrip, Inc.
Name

Case number (if known) _____

### Name and mailing address of petitioner

Name: Gordon Smith
Number Street: 2109 Lomas Dr.
City: Bozeman  State: MT  ZIP Code: 59715

### Name and mailing address of petitioner's representative, if any

Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/24/2023
MM / DD / YYYY

X [signature]
Signature of petitioner or representative, including representative's title

---

Printed name: Christopher E. Prince
Firm name, if any: Lesnick Prince & Pappas LLP
Number Street: 315 W. Ninth St., Suite 705
City: Los Angeles   State: CA   ZIP Code: 90015
Contact phone: (213) 493-6496   Email: cprince@lesnickprince.com
Bar number: 183553
State: CA

X /s/ Christopher E. Prince
Signature of attorney

Date signed: 07/24/2023
MM / DD / YYYY

---

### Name and mailing address of petitioner

Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

### Name and mailing address of petitioner's representative, if any

Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____
Contact phone: _____ Email: _____
Bar number: _____
State: _____

X _____
Signature of attorney

Date signed: _____
MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

*In re True Pharmastrip, Inc.*
Attachment to Involuntary Petition Against a Non-Individual

**13. Each Petitioner's Claim**

| Name of Petitioner | Nature of Petitioner's Claim | Amount of the claim above the value of any lien |
|---|---|---|
| Gordon Smith | Debenture | $50,000 |
| Robert Chaikin | Debenture | $50,000 |
| Lejos Investments, LLC | Debenture | $150,000 |
| Ricky Lyons | Debenture | $25,000 |
| BPMD Texas Partners, LP | Debenture | $200,000 |
| **TOTAL** | | **$475,000.00** |