**LITIGATION AND BUSINESS LAW GROUP, INC.**
 Michael W. Kinney, Esq. (106781)
73-745 El Paseo Drive, Suite 12B
Palm Desert, California 92260
Telephone:  760.341.1100
Email:         mkinney@lblglaw.com

Attorneys Specially Appearing for
True Pharmastrip Inc.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

|  |  |
|---|---|
| IN RE TRUE PHARMASTRIP INC., A Canadian Corporation | Case No. 8:23-bk-11489-SC <br><br> **DECLARATION OF MICHAEL W. KINNEY IN SUPPORT OF TRUE PHARMASTRIP, INC'S  OPPOSITION TO PETITIONING CREDITORS MOTION FOR APPOINTMENT OF AN INTERIM TRUSTEE** <br><br> Date:   August 24, 2023 <br> Time:  8:30 a.m. <br> Ctrm.  Via Zoom |

1. I, Michael W. Kinney, declare and state as follows:   I am over the age of 18 and I know each of the following facts to be true of my own personal knowledge or have gained such knowledge from the books and records made under my supervision and control. I am an attorney at law duly

1

licensed to practice before this court. I have served as counsel for True Pharmastrip Inc. ("TPI") and am specially appearing for TPI in this matter.

2. I have had multiple communications with Marc Graubart who always held himself out to me as one of the principals of one of the debenture holders BPMD Texas Partners LP. I later did a search for BPMD Texas Partners LP and determined that he had no affiliation of record. At that point I ceased communication with him.

3. Marc Graubart was provided with a cap table for TPI and interim financials.

4. I have reviewed the various pleadings filed in the Interpleader Action. I have also reviewed the petition filed by the Petitioning Creditors. Based on the information available to me I discovered that Petitioning Creditors in their filings claim very different amounts due. TPI disputes the claims of the Petitioning Creditors on various grounds including damages caused by Petitioning Creditors by making claims to the funds deposited by TPI with the receiver in the FTC Action. TPI contests the validity of those actions.  Further TPI has demanded legal fees and costs in the Interpleader Action against Petitioning Creditors.

5. I have never received notice of the Motion for Appointment of a Trustee from Petitioning Creditors counsel.

6. I first learned of the Motion very late at night on August 2, 2023.

7. Beginning August 3, 2023 on behalf of TPI I tried to find experienced bankruptcy counsel to represent them in this matter but given the closeness of the response date and lack of time to prepare a response I could not.

8. I have bankruptcy experience but have not actively practiced in the bankruptcy courts for many years. I am essentially retired and living full time in France without normal office support and resources. Due to the lack of notice of the Motion and TPI's resulting inability to locate other counsel I agreed to prepare the opposition papers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of August, 2023 at Carcassonne, France.

*Michael Kinney*
_____
Michael W. Kinney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28