1

**LITIGATION AND BUSINESS LAW GROUP, INC.**

2    Michael W. Kinney, Esq. (106781)
73-745 El Paseo Drive, Suite 12B

3    Palm Desert, California 92260
Telephone:  760.341.1100

4    Email:        mkinney@lblglaw.com

5

Attorneys Specially Appearing for

6    True Pharmastrip Inc.

7

8                              **UNITED STATES BANKRUPTCY COURT**
                               **CENTRAL DISTRICT OF CALIFORNIA**

9                                  **SANTA ANA DIVISION**

10

11                                                    ) Case No. 8:23-bk-11489-SC
     IN RE TRUE PHARMASTRIP INC., A Canadian )

12   Corporation                                      )
                                                      )

13                                                    )
                                                      ) **DECLARATION OF RICHARD**

14                                                    ) **POUJADE IN SUPPORT OF TRUE**
                                                      ) **PHARMASTRIP, INC'S  OPPOSITION**

15                                                    ) **TO PETITIONING CREDITORS**
                                                      ) **MOTION FOR APPOINTMENT OF AN**

16                                                    ) **INTERIM TRUSTEE**
                                                      )

17                                                    )
                                                      )

18                                                    ) **Date:   August 24, 2023**
                                                      ) **Time:  8:30 a.m.**

19                                                    ) **Ctrm.**
                                                      )

20                                                    )
                                                      )

21                                                    )
                                                      )

22                                                    )
                                                      )

23                                                    )

24   _____

25

              1.      I, Richard Poujade, declare and state as follows:   I am over the age of 18 and I know

26   each of the following facts to be true of my own personal knowledge or have gained such knowledge

27   from the books and records made under my supervision and control. I am the Federal Returning Officer

28

                                                    1

for the Electoral District of Ottawa, Ontario since September of 2021. I was previously a Manager for the Canada Revenue Agency for a period of 23 years and have since retired in May of 2021.

2.      I am and always have been the sole director and sole officer of Pharmastrip Corp.("Pharmastrip") I am the president of Pharmastrip. I also own the domain pharmastrip.com. I am also an officer and director of True Pharmastrip, Inc. ("TPI").

3.      Pharmastrip owns various machinery and equipment. I estimate the value to be approximately $2,000,000.

4.      Pharmastrip Corp's address is 1199 Grenoble Crescent, Ottawa, ON K1C 2C5 Canada. It has never had a California address.

5.      I have never received notice of the Motion for Appointment of a Trustee or seen the Motion.

6.      TPI was relying on the return of the funds it had deposited with the FTC to pay its legal fees and other expenses.

7.      TPI has no unsecured creditors other than the claims of the Petitioning Creditors and two others who did not participate in the settlement with the debenture holders.

8.      The settlement with the debenture holders took a substantial amount of time to put together. Beginning in 2021, before the court ordered the receiver to interplead the funds into the Los Angeles Superior Court, TPI had discussions with multiple parties for the infusion of capital to use to fund a settlement. Unfortunately, each such party wanted to see the funds returned as a condition to moving forward. The efforts of Petitioning Creditors to hamper TPI's receipt of the funds was extremely detrimental to these efforts and unnecessarily cost TPI millions in the form of interest payments it otherwise would not have had to make.

9.      After lengthy negotiations an agreement was reached for TPI to sell its interest in Industrial Court L7 LLC to Falcon International. This was an entity which TPI anticipated using to sell and market THC infused products. However, no such products were being manufactured because the taxes on THC products coupled with lack of demand made it unprofitable. Industrial Court L7 LLC never sold any THC products and was a non-performing entity. It's only value was in its license and equipment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

1

Executed this 8th day of August, 2023 at Ottawa, Canada.

2

3

4

5
Richard Poujade

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28