**LITIGATION AND BUSINESS LAW GROUP, INC.**
  Michael W. Kinney, Esq. (106781)
73-745 El Paseo Drive, Suite 12B
Palm Desert, California 92260
Telephone:  760.341.1100
Email:         mkinney@lblglaw.com

Attorneys Specially Appearing for
True Pharmastrip Inc.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE TRUE PHARMASTRIP INC., A Canadian Corporation | Case No. 8:23-bk-11489-SC  <br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF TRUE PHARMASTRIP, INC'S  OPPOSITION TO PETITIONING CREDITORS MOTION FOR APPOINTMENT OF AN INTERIM TRUSTEE**  <br><br>Date:   August 24, 2023<br>Time:  8:30 a.m.<br>Ctrm. |

True Pharmastrip Inc. ("TPI") hereby submits the following Request For Judicial Notice in support of its opposition to the Petitioning Creditors motion for appointment of an Interim Trustee. TPI hereby request, pursuant to Rule 201 of the Federal Rules of Evidence, that the Court take judicial notice of the following items:

1

1. The declaration of Jacques Poujade, filed in *Federal Trade Commission v. Jason Cardiff, et al.*, United States District Court for the Central District of California, Case No. 5:18-cv-02104 (the "FTC Action"). A true and correct coy of the foregoing document is attached hereto as Exhibit 1.

2. Minute Order dated August 5, 2021 filed in the FTC Action. A true and correct coy of the foregoing document is attached hereto as Exhibit 2.

3. Minute Order dated August 26, 2021 filed in the FTC Action. A true and correct coy of the foregoing document is attached hereto as Exhibit 3.

4. Receiver's Final Report filed in the FTC Action. A true and correct coy of the foregoing document is attached hereto as Exhibit 4.

5. Minute Order dated December 2, 2021 filed in the FTC Action. A true and correct coy of the foregoing document is attached hereto as Exhibit 5.

6. Final Judgment filed in the FTC Action. A true and correct coy of the foregoing document is attached hereto as Exhibit 6.

7. Petitioning Creditors' First Amended Cross-Complaint filed in *Robb Evans & Associates LLC v. Redwood Scientific Technologies, Inc., et al., and the related cross-actions*, LASC Case No. 22STCV04546, a pending interpleader action ("Interpleader Action"). A true and correct coy of the foregoing document is attached hereto as Exhibit 7.

8. Tentative on TPI's demurrer to the First Amended Cross-Complaint filed in the Interpleader Action. A true and correct coy of the foregoing document is attached hereto as Exhibit 8.

9. Notice of Ruling on Demurrer filed in the Interpleader Action. A true and correct coy of the foregoing document is attached hereto as Exhibit 9.

10. Court Docket in the Interpleader Action. A true and correct coy of the foregoing document is attached hereto as Exhibit 10.

Facts subject to judicial notice include those that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). Courts regularly take judicial notice of "undisputed matters of public record, including documents on file in federal or state courts." *Harris v. Cty. of Orange*, 682 F.3d 1126, 1131-

32 (9th Cir. 2012) (internal citations omitted); *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001); *Kurtz v. Intelius, Inc.*, 2011 U.S.Dist.LEXIS 101922, *3-*4 (E.D.Cal. Sept. 9, 2011). Exhibits 1 through 6 are court records from the FTC Action. Items 7 through 9 are court documents from the Interpleader Action.

Information made publicly available by government entities, including data, is also subject to judicial notice. *See Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010); *Teixeira v. Cty. of Alameda*, 873 F.3d 670, 676 n.6 (9th Cir. 2017).

Dated August 9, 2023                                    LITIGATION AND BUSINESS LAW GROUP, INC.

*Michael Kinney*

Michael W. Kinney, specially appearing for alleged debtor True Pharmastrip, Inc.

**EXHIBIT 9**

Electronically FILED by
Superior Court of California,
County of Los Angeles
8/08/2023 3:21 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By L. Castillejo, Deputy Clerk

1  SPERTUS, LANDES & JOSEPHS, LLP
   James Spertus (SBN 159825)
2  Amanda R. Farfel (SBN 288126)
   Matthew M. Wallace (SBN 318843)
3  1990 South Bundy Dr., Suite 705
   Los Angeles, California 90025
4  Telephone: (310) 826-4700
   Facsimile: (310) 826-4711
5  jspertus@spertuslaw.com
   afarfel@spertuslaw.com
6  mwallace@spertuslaw.com

7  *Attorneys for Defendant and Cross-Complainant*
   *True Pharmastrip Inc.*

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| ROBB EVANS & ASSOCIATES LLC, a California limited liability company, acting solely in its capacity as a duly appointed Receiver,<br><br>          Plaintiff-In-Interpleader,<br><br>     v.<br><br>REDWOOD SCIENTIFIC TECHNOLOGIES, INC., a California corporation, *et al.*,<br><br>          Defendants. | Case No. 22STCV04546<br><br>**DEFENDANT AND CROSS-COMPLAINANT TRUE PHARMASTRIP INC.'S NOTICE OF ORDER AFTER HEARING ON TRUE PHARMASTRIP INC.'S DEMURRER TO DEBENTURE HOLDERS' CROSS-COMPLAINT**<br><br>Hon. Barbara M. Scheper<br>Department 30<br><br>Complaint Filed:    February 4, 2022<br>Cross-Complaint:   April 15, 2022<br>Trial Date:               October 16, 2023 |
| TRUE PHARMASTRIP INC., a Canadian corporation,<br><br>          Cross-Complainant,<br><br>     v.<br><br>MERCHANTS FINANCIAL GUARDIAN, INC., a California corporation, *et al.*,<br><br>          Cross-Defendants. | |

NOTICE OF ORDER

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant and Cross-Complainant True Pharmastrip, Inc.'s ("TPI") Demurrer to the Cross-Complaint of Defendants and Cross-Defendants BPMD Texas Partners, LP; Lejos Investments, LLC; Robert Chaikin; Gordon Smith; and Ricky Lyons' (collectively, "Debenture Holders") came on for hearing on August 2, 2023, at 8:30 a.m. in Department 30 before the Hon. Barbara M. Scheper.

At the August 2, 2023, demurrer hearing, the Court ruled as follows:

1. **Ruling on TPI Demurrer:** The Court adopted its tentative ruling and sustained TPI's Demurrer to the Debenture Holders' Cross-Complaint without leave to amend for the reasons stated in the Court's tentative ruling. The Court stayed entry of the order until August 30, 2023, and set a status conference for August 30, 2023, at 8:30 a.m. in Department 30 so that any party wishing to be heard on issues related to a reported involuntary bankruptcy petition can be heard. Any party may file briefs regarding the bankruptcy five days prior to the hearing. If there was a valid bankruptcy proceeding filed by the Debenture Holders that created an automatic stay of these interpleader proceedings, then the Debenture Holders were ordered to file a Notice of Bankruptcy Proceedings and Automatic Stay in this interpleader case.

2. **Ruling on Pro Hac Vice Fees:** The Court found that attorneys for Auctus Fund, LLC, William R. Moorman and Sean M. Muldowney, remain active in the case, but the Court has not received the annual $500 renewal fee per Government Code Section 70617(e)(2) to permit them to appear pro hac vice. The Court set an Order to Show Cause Re: Payment of Annual Renewal Fee for September 7, 2023, at 8:30 am in Department 30, and ordered attorneys William R. Moorman and Sean M. Muldowney to each pay their renewal fee prior to the September 7 hearing date to remain active in this case. If the fee is paid to the Court and proof of payment is filed with the Clerk of Department 30, no appearance will be necessary at the Order to Show Cause Hearing.

3. **Minute Order:** A true and correct copy of the Court's August 2, 2023, Minute Order is attached as Exhibit A, and TPI respectfully notes two discrepancies between the Minute Order and the Court's Order:

1
NOTICE OF ORDER

  a. Counsel for the Debenture Holders, Jack L. Henningsen, not counsel for TPI, James Spertus, orally informed the Court that the Debenture Holders had filed an involuntary bankruptcy petition seeking to place TPI into involuntary bankruptcy. (Minute Order, p. 1.); and

  b. TPI requested that the Court dismiss the Debenture Holders' Cross-Complaint against TPI, not the Debenture Holders as parties in this case. (Minute Order, p. 5.)  The Debenture Holders still have Answers on file to the Receiver's Complaint, and still have Answers on file to TPI's Crossclaims.  TPI filed a Cross-Complaint against all Answering Defendants, and named each of the Debenture Holders that filed an Answer as a Roe defendant.  In their Answers to the TPI Crossclaims, the Debenture Holders effectively concede that they have no direct ownership interest in the interpled funds, so they will likely not oppose TPI's pending summary judgment motion.  However, they remain parties in this case unless and until the Court grants TPI's pending summary judgment motion.

Respectfully submitted,

Dated:  August 8, 2023    SPERTUS, LANDES & JOSEPHS, LLP

By: /s/ James W. Spertus
James W. Spertus
Amanda R. Farfel
Matthew M. Wallace

*Attorneys for Defendant and Cross-Complainant True Pharmastrip Inc.*

# EXHIBIT A

**EXHIBIT A**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Stanley Mosk Courthouse, Department 30

| | |
|---|---|
| 22STCV04546 | August 2, 2023 |
| ROBB EVANS & ASSOCIATES LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, ACTING SOLELY IN ITS CAPACITY AS A DULY APPOINTED RECEIV vs REDWOOD SCIENTIFIC TECHNOLOGIES, INC., A CALIFORNIA CORPORATION, et al. | 8:30 AM |

Judge: Honorable Barbara M. Scheper  CSR: None
Judicial Assistant: C. Wilson  ERM: None
Courtroom Assistant: B. Byers  Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s): Christopher Crowell; Jack L. Henningsen; James Winston Spertus and Matt Wallace -- See additional appearances below.

**NATURE OF PROCEEDINGS:** Non-Appearance Case Review Re Payment of Annual Pro Hac Vice Renewal Fees by William R. Moorman and Sean M. Muldowney;
Hearing on Demurrer - without Motion to Strike;

Counsel appear via LACourtConnect.

Matter is called for hearing.

Tentative Ruling was previously posted.

Counsel argue.

Counsel for Defendant True Pharmastrip Inc. represents that his clients filed an involuntary bankruptcy. Counsel requests that he be given notice of all filings in this case. Request is granted.

Counsel shall file a notice of bankruptcy stay in this case.

The Court adopts the Tentative Ruling as the final order of the of the Court as follows:

Robb Evans & Associates, LLC vs. Redwood Scientific Technologies, Inc., et. al., Case No. 22STCV04546

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Stanley Mosk Courthouse, Department 30

| | |
|---|---|
| 22STCV04546 | August 2, 2023 |
| ROBB EVANS & ASSOCIATES LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, ACTING SOLELY IN ITS CAPACITY AS A DULY APPOINTED RECEIV vs REDWOOD SCIENTIFIC TECHNOLOGIES, INC., A CALIFORNIA CORPORATION, et al. | 8:30 AM |

Judge: Honorable Barbara M. Scheper        CSR: None
Judicial Assistant: C. Wilson        ERM: None
Courtroom Assistant: B. Byers        Deputy Sheriff: None

---

Ruling re: Demurrer to Cross-Complaint of Ricky Lyons, Gordon Smith, Robert Chaikin, BMPD Texas Partners, LP, Lejos Investments, LLC

Defendant/Cross-Complainant True Pharmastrip, Inc. (TPI) demurs to the Cross-Complaint of Ricky Lyons, Gordon Smith, Robert Chaikin, BMPD Texas Partners, LP, and Lejos Investments, LLC (collectively, Cross-Complainants). The demurrer is sustained without leave to amend.

In reviewing the legal sufficiency of a complaint against a demurrer, a court will treat the demurrer as admitting all material facts properly pleaded, but not contentions, deductions or conclusions of law. (Blank v. Kirwan (1985) 39 Cal.3d 311, 318 (Blank); C & H Foods Co. v. Hartford Ins. Co. (1984) 163 Cal.App.3d 1055, 1062.) It is well settled that a "demurrer lies only for defects appearing on the face of the complaint[.]" (Stevens v. Superior Court (1999) 75 Cal.App.4th 594, 601.) "The rules by which the sufficiency of a complaint is tested against a general demurrer are well settled. We not only treat the demurrer as admitting all material facts properly pleaded, but also give the complaint a reasonable interpretation, reading it as a whole and its parts in their context." (Guclimane Co. v. Stewart Title Guaranty Co. (1998) 19 Cal.4th 26, 38 (internal quotes omitted).) For purposes of ruling on a demurrer, the complaint must be construed liberally by drawing reasonable inferences from the facts pleaded. (Wilner v. Sunset Life Ins. Co. (2000) 78 Cal.App.4th 952, 958.)

When ruling on a demurrer, the Court may only consider the complaint's allegations or matters which may be judicially noticed. (Blank, supra, 39 Cal.3d at 318.) The Court may not consider any other extrinsic evidence or judge the credibility of the allegations plead or the difficulty a plaintiff may have in proving his allegations. (Ion Equip. Corp. v. Nelson (1980) 110 Cal.App.3d 868, 881.) A demurrer is properly sustained only when the complaint, liberally construed, fails to state facts sufficient to constitute any cause of action. (Kramer v. Intuit Inc. (2004) 121 Cal.App.4th 574, 578.)

Plaintiff-in-Interpleader Robb Evans & Associates, LLC commenced this interpleader action on April 15, 2022, as the appointed Receiver in Federal Trade Commission v. Jason Cardiff, et al., pending in the United States District Court for the Central District of California (Case No. 5:18-cv-02104-DMG-PLA). (Comp. ¶ 2.)

On June 6, 2022, Cross-Complainants filed their Answer to the Complaint, which also stated a

---

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Stanley Mosk Courthouse, Department 30

| | |
|---|---|
| 22STCV04546 | August 2, 2023 |
| ROBB EVANS & ASSOCIATES LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, ACTING SOLELY IN ITS CAPACITY AS A DULY APPOINTED RECEIV vs REDWOOD SCIENTIFIC TECHNOLOGIES, INC., A CALIFORNIA CORPORATION, et al. | 8:30 AM |

Judge: Honorable Barbara M. Scheper           CSR: None
Judicial Assistant: C. Wilson                 ERM: None
Courtroom Assistant: B. Byers                 Deputy Sheriff: None

---

"Cross-Claim" for declaratory relief against TPI. The Answer alleged that TPI defaulted on loans from Cross-Complainants, and that Cross-Complainants were entitled to $1,000,000 of the interpleaded funds as the senior debt holders on TPI's default obligations. (Answer pp. 7-8.)

On May 1, 2023, Cross-Complainants filed the Cross-Complaint, restating their claim for "declaratory relief that $1,000,0000 from the Interpleader funds are, in fact, rightfully the property of [Cross-Complainants]." (Cross-Complaint, Prayer 2.) Specifically, Cross-Complainants allege that each of them agreed to provide loans to TPI in June and July 2019, in return for the issuance of debentures securing TPI's promise to repay the debts. (Cross-Complaint ¶¶ 1-2.) TPI allegedly "defaulted on its repayment obligations under each Debenture by failing to make any of the required interest or principal repayments." (Cross-Complaint ¶ 5.)

The Court agrees with TPI that the claims in the Cross-Complaint are improper because there is no indication that they relate to the thing, debt, or duty that is the subject of this interpleader action. "When a person may be subject to conflicting claims for money or property, the person may bring an interpleader action to compel the claimants to litigate their claims among themselves." (City of Morgan Hill v. Brown (1999) 71 Cal.App.4th 1114, 1122; Code Civ. Proc. § 386, subd. (b).) In an action for interpleader, it is necessary "that the claimants seek the same thing, debt, or duty. . . . If the claims do not relate to the same thing, debt, or duty, then interpleader is improper." (City of Morgan Hill, 71 Cal.App.4th at 1123.)

In City of Morgan Hill, the city brought an interpleader action to determine the allocation of attorney's fees it owed, which were subject to conflicting demands from a law firm and its former shareholder. (71 Cal.App.4th at 1118.) The former shareholder "answered the interpleader complaint and also filed a cross-complaint against the Firm and shareholders"; the cross-complaint "included claims for breach of contract, wrongful discharge of employment, defamation, and other causes of action." (Id. at 1119.) The trial court found that the firm was entitled to all interpleaded funds, because "[w]hile [former shareholder] may have a claim for additional compensation or bonuses under partnership/shareholder agreements, it does not appear that she has an ownership interest or lien interest with respect to the particular contingent fee or specific 'fund' herein which belong[s] solely to [the Firm]." (Id. at 1120.) The Court of Appeal affirmed, stating, "[former shareholder's] claim is based upon a right to sue the Firm for wrongful termination and payment of compensation. In the process of that claim, she may show that her work on the City's account entitles her to payment from the Firm but she cannot show

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Stanley Mosk Courthouse, Department 30

22STCV04546 August 2, 2023
ROBB EVANS & ASSOCIATES LLC, A CALIFORNIA 8:30 AM
LIMITED LIABILITY COMPANY, ACTING SOLELY IN ITS
CAPACITY AS A DULY APPOINTED RECEIV vs
REDWOOD SCIENTIFIC TECHNOLOGIES, INC., A
CALIFORNIA CORPORATION, et al.

| | |
|---|---|
| Judge: Honorable Barbara M. Scheper | CSR: None |
| Judicial Assistant: C. Wilson | ERM: None |
| Courtroom Assistant: B. Byers | Deputy Sheriff: None |

she was entitled to receive the Fees from the City. Interpleader speaks of conflicting claims against the same obligor over the same fund; not on the possible eventual right to a judgment that might be satisfied out of that fund." (Id. at 1126.)

Here, Plaintiff-in-Interpleader has brought this action to determine the disposition of surplus funds possessed by the Receivership estate in Federal Trade Commission v. Jason Cardiff, et al.. (Complaint ¶¶ 64-66.) Cross-Complainants' claims arise solely from TPI's alleged breach of the obligations imposed by the debentures. (Cross-Complaint ¶ 5-6.) The claims in the Cross-Complaint would entitle Cross-Complainants to judgment against TPI for breach of the debentures, but they do not show any basis for Cross-Complainants' entitlement to the surplus receivership funds. "Interpleader speaks of conflicting claims against the same obligor over the same fund; not on the possible eventual right to a judgment that might be satisfied out of that fund." (City of Morgan Hill, 71 Cal.App.4th at 1126; see Placer Foreclosure, Inc. v. Aflalo (2018) 23 Cal.App.5th 1109, 1116.) The policy concerns described by the court in City of Morgan Hill are applicable here: "allowing interpleader in these circumstances would constitute a form of prejudgment attachment without the protections generally afforded those subject to that provisional remedy," and there is no apparent "threat of double vexation" to Plaintiff-in-Interpleader from Cross-Complainants' claims. (City of Morgan Hill at 1125-26.)

Cross-Complainants also argue that TPI's demurrer is untimely because their June 6, 2022 Answer was also their initial filing of the Cross-Complaint, and so TPI was required to demur within 30 days of that pleading. The Court disagrees. The Answer originally filed by Cross-Complainants did not constitute the filing of a Cross-Complaint, regardless of the cross-claim that it purported to assert against TPI. (Code Civ. Proc. § 428.40 ["The cross-complaint shall be a separate document"].) Cross-Complainants filed and served their Cross-Complaint on May 1, 2023, and so TPI's demurrer is timely. (Code Civ. Proc. § 432.10.) Accordingly, the demurrer is sustained.

The Demurrer - without Motion to Strike filed by TRUE PHARMASTRIP INC., on 05/31/2023 is Sustained without Leave to Amend.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Stanley Mosk Courthouse, Department 30

| | |
|---|---|
| **22STCV04546** | August 2, 2023 |
| ROBB EVANS & ASSOCIATES LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, ACTING SOLELY IN ITS CAPACITY AS A DULY APPOINTED RECEIV vs REDWOOD SCIENTIFIC TECHNOLOGIES, INC., A CALIFORNIA CORPORATION, et al. | 8:30 AM |

| | |
|---|---|
| Judge: Honorable Barbara M. Scheper | CSR: None |
| Judicial Assistant: C. Wilson | ERM: None |
| Courtroom Assistant: B. Byers | Deputy Sheriff: None |

Defendant's spoken request to dismiss is granted.

The Ruling and Entry of Dismissal are stayed to 08/30/2023.

Status Conference Re Bankruptcy of Defendant True Pharmastrip Inc. is scheduled for 08/30/2023 at 08:30 AM in Department 30 at Stanley Mosk Courthouse. Counsel may file briefs regarding the bankruptcy five (5) days prior to the hearing.

Status Conference Re Status of 08/02/2023 Demurrer Ruling Stayed to 08/30/2023 and Status of Dismissal of Defendant True Pharmastrip Inc. is scheduled for 08/30/2023 at 08:30 AM in Department 30 at Stanley Mosk Courthouse.

Status of Opposition to the 09/14/2023 Motion for Summary Judgment is briefly discussed. Counsel are free to move the hearing date in the Court Reservation Management System or adjust the briefing schedule.

Attorney James Spertus to give notice.

Later:

After review of the case file and the court's financial system, the court finds that William R. Moorman and Sean M. Muldowney, pro hac vice attorneys, remain active in the case.

However, the court has not received the annual renewal fee of $500.00 per Government Code Section 70617(e)(2).

Order to Show Cause Re: Payment of Annual Renewal Fee is set for 09/07/2023 as indicated below.

Each counsel shall submit the fee prior to the hearing date.

If the fee is paid to the court and proof of payment if filed with the clerk of Department 30, no appearance will be necessary at the Order to Show Cause Hearing.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Stanley Mosk Courthouse, Department 30

**22STCV04546**                                                              August 2, 2023
**ROBB EVANS & ASSOCIATES LLC, A CALIFORNIA**                                8:30 AM
**LIMITED LIABILITY COMPANY, ACTING SOLELY IN ITS**
**CAPACITY AS A DULY APPOINTED RECEIV vs**
**REDWOOD SCIENTIFIC TECHNOLOGIES, INC., A**
**CALIFORNIA CORPORATION, et al.**

Judge: Honorable Barbara M. Scheper          CSR: None
Judicial Assistant: C. Wilson                ERM: None
Courtroom Assistant: B. Byers                Deputy Sheriff: None

---

Order to Show Cause Re: Proof of Payment of Annual Pro Hac Vice Annual Renewal Fees by William R. Moorman and Sean M. Muldowney is scheduled for 09/07/2023 at 08:30 AM in Department 30 at Stanley Mosk Courthouse.

A copy of this Minute Order is sent to attorney James Spertus as indicated in the Certificate of Electronic Service.

James Spertus to give notice.

Clerk's Certificate of Service By Electronic Service is attached.

Additional appearance for Defendant(s):
Kayla Watson

**EXHIBIT 10**

![THE SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES]

Español   Tiếng Việt   한국어   中文   հայերեն

Search

| Home | Online Services<br>Pay Fines, Search Records... | Forms, Filings & Files<br>Forms, Filing Fees... | Self-Help<br>For persons without attorneys | Divisions<br>Civil, Criminal, Family... | Jury<br>Jury Duty Portal, Q&A... | General Info<br>Courthouses, ADA ... |

ONLINE SERVICES

# Case Access



LANGUAGE ACCESS
English

PRINT   NEW SEARCH

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 22STCV04546
ROBB EVANS & ASSOCIATES LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, ACTING SOLELY IN ITS CAPACITY AS A DULY APPOINTED RECEIV VS REDWOOD SCIENTIFIC TECHNOLOGIES, INC., A CALIFORNIA CORPORATION, ET AL.

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 02/04/2022
**Case Type:** Other Complaint (non-tort/non-complex) (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

08/30/2023 at 08:30 AM in Department 30 at 111 North Hill Street, Los Angeles, CA 90012
Status Conference

08/30/2023 at 08:30 AM in Department 30 at 111 North Hill Street, Los Angeles, CA 90012
Status Conference

09/07/2023 at 08:30 AM in Department 30 at 111 North Hill Street, Los Angeles, CA 90012
Order to Show Cause Re: Proof of Payment of Annual Pro Hac Vice Annual Renewal Fees by William R. Moorman and Sean M. Muldowney

09/14/2023 at 08:30 AM in Department 30 at 111 North Hill Street, Los Angeles, CA 90012
Hearing on Motion for Summary Judgment

10/12/2023 at 08:30 AM in Department 30 at 111 North Hill Street, Los Angeles, CA 90012
Hearing on Motion for Summary Adjudication

10/16/2023 at 08:30 AM in Department 30 at 111 North Hill Street, Los Angeles, CA 90012
Final Status Conference

10/16/2023 at 08:30 AM in Department 30 at 111 North Hill Street, Los Angeles, CA 90012
Non-Jury Trial