

**FILED & ENTERED**

**AUG 25 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>True Pharmastrip, Inc.,<br><br><br><br><br><br>Debtor(s). | Case No.: 8:23-bk-11489-SC<br><br>CHAPTER 7<br><br>**ORDER (1) DIRECTING THE PARTIES TO APPEAR AND SHOW CAUSE WHY THE COURT SHOULD NOT ABSTAIN PURSUANT TO 11 U.S.C. § 305(a); AND (2) CONTINUING THE STATUS CONFERENCE**<br><br>Date:         September 14, 2023<br>Time:        9:30 a.m.<br>Courtroom:  5C – in person |

On July 24, 2023, (i) BPMD Texas Partners, LP, together with (ii) Lejos Investments, LLC, (iii) Richard Lyons, (iv) Gordon Smith, and (v) Robert Chaikin ("collectively, the "Petitioning Creditors") filed an involuntary chapter 7 petition against the Alleged Debtor, pursuant to 11 U.S.C. § 303.

Pursuant to 11 U.S.C. § 305(a)(1), "[t]he court, after notice and a hearing, may dismiss a case under this title, or may suspend all proceedings in a case under this title,

at any time if … the interests of creditors and the debtor would be better served by such dismissal or suspension …" 11 U.S.C. § 305(a)(1).

The Court, having considered the record in this matter, and for the reasons stated on the record during a hearing on August 24, 2023, finds good cause to issue the following order:

1. Counsel for the Petitioning Creditors and the Alleged Debtor (collectively, the "Parties") are hereby ordered to appear in person in Courtroom 5C of the United States Bankruptcy Court, Central District of California, located at 411 West Fourth Street, Santa Ana, CA 92701, on **September 14, 2023, at 9:30 a.m.** and show cause why the Court should not abstain from this bankruptcy case ("OSC").

2. Each party shall file and serve their response to the OSC on or before **September 1, 2023**. Any such response is limited to twenty (20) pages, exclusive of exhibits and declarations which are expressly permitted. The Parties' responses should address the discussion in which the Court engaged with the Parties on the record at the August 24, 2023, hearing, and should actually entertain the standards for abstention, including those as set forth in *In re Marciano*, 459 B.R. 27, 46–47 (B.A.P. 9th Cir. 2011), *Wechsler v. Macke Int'l Trade, Inc. (In re Macke Int'l Trade, Inc.)*, 370 B.R. 236, 246 (9th Cir. B.A.P. 2007) and *In re Spade*, 258 B.R. 221(Bankr. D. Colo. 2001).

3. Each party may file and serve a response or reply on or before 5:00 p.m. on **September 7, 2023**.

4. The September 12, 2023, status conference is hereby continued to **September 14, 2023, at 9:30 a.m.**

**IT IS SO ORDERED.**

Date: August 25, 2023

Scott C. Clarkson
United States Bankruptcy Judge