1  Ryan D. O'Dea - Bar No. 273478
   ROdea@shulmanbastian.com
2  **SHULMAN BASTIAN FRIEDMAN & BUI LLP**
   100 Spectrum Center Drive, Suite 600
3  Irvine, California 92618
   Telephone:    (949) 340-3400
4  Facsimile:    (949) 340-3000

5  Attorneys for Alleged Debtor

FILED & ENTERED

SEP 01 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re

TRUE PHARMASTRIP, INC., a Canadian corporation,

    Debtor.

Case No. 8:23-bk-11489-SC

Chapter 7

**ORDER DENYING MOTION OF PETITIONING CREDITORS TO APPOINT AN INTERIM TRUSTEE**

Date:    August 24, 2023
Time:    9:30 a.m.
Crtrm.:  Remotely Using ZoomGov

A hearing on the *Motion of Petitioning Creditors to Appoint an Interim Trustee* ("Motion"), filed by Petitioning Creditors BPMD Texas Partners, LP, Lejos Investments, LLC, Ricky Lyons, Gordon Smith, and Robert Chaikin ("Petitioning Creditors"), came on for hearing on August 24, 2023, before the Honorable Scott C. Clarkson.  Appearances were made by Christopher E. Prince, Esq. of Lesnick Prince & Pappas LLP, attorneys for Petitioning Creditors and Ryan D. O'Dea, Esq. of Shulman Bastian Friedman & Bui on behalf of alleged debtor, True Pharmastrip, Inc.  The Court having reviewed the Motion [Dkt. No. 5], the opposition to the Motion filed by True Pharmastrip, Inc. [Dkt. No. 22], and the Reply in Support of the Motion

/ / /

[Dkt. No. 29], and having considered oral arguments of counsel presented at the hearing, and good cause having been shown, it is hereby

**ORDERED** that the Motion is denied it its entirety.

# # # #

Date: September 1, 2023

Scott C. Clarkson
United States Bankruptcy Judge