Leonard M. Shulman - Bar No. 126349
Ryan D. O'Dea - Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:    lshulman@shulmanbastian.com
　　　　　　rodea@shulmanbastian.com

Attorneys for Alleged Debtor
True Pharmastrip, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**TRUE PHARMASTRIP, INC.,**<br><br>　　　Alleged Debtor. | Case No. 8:23-bk-11489-SC<br><br>Chapter 7<br><br>**ANSWER TO INVOLUNTARY PETITION**<br><br><br>Status Conference<br><br>Date:　　February 1, 2023<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 5C<br>　　　　　411 West Fourth Street<br>　　　　　　Santa Ana, California 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE PETITIONING CREDITOR AND ITS COUNSEL, AND ALL INTERESTED PARTIES:**

Alleged Debtor True Pharmastrip Inc. ("Alleged Debtor") answers the involuntary bankruptcy petition (the "Involuntary Petition") filed by BPMD Texas Partners, LP, Robert Chaikin, Lejos Investments, LLC, Richard Lyons, and Gordon Smith (the "Petitioning Creditors") as follows:

1. In answer to the Involuntary Petition, Alleged Debtor denies that Petitioning Creditors are eligible to file the Involuntary Petition pursuant to 11 U.S.C. § 303(b).

2. In answer to the Involuntary Petition, Alleged Debtor denies the allegation that debts purportedly owed to Petitioning Creditors are not the subject of bona fide disputes as to liability or amount.

3. In answer to the Involuntary Petition, Alleged Debtor denies the allegation that it is generally not paying its debts as they become due.

4. In answer to the Involuntary Petition, Alleged Debtor admits that it is an entity against whom an order for relief may be entered under Title 11 of the United States Code. However, Alleged Debtor denies that the Involuntary Petition is proper and denies that an order for relief should be entered.

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

5. As a first affirmative defense to the Involuntary Petition, and to the purported basis for an involuntary bankruptcy set forth therein, Alleged Debtor alleges that the Involuntary Petition fails to state facts sufficient to support an involuntary bankruptcy.

### SECOND AFFIRMATIVE DEFENSE
### (Lack of Standing)

6. As a separate and second affirmative defense to the Involuntary, Allege Debtor alleges that Petitioning Creditors lack standing to be a petitioning creditor under 11 U.S.C. § 303(b).

///
///

## THIRD AFFIRMATIVE DEFENSE

### (Offset)

7. As a separate and third affirmative defense to the Involuntary Petition, Alleged Debtor alleges that by virtue of the acts of the Petitioning Creditors and/or the entities acting on Petitioning Creditors' behalf, Alleged Debtor has been damaged in an amount equal to or greater than the amount of debt, if any, to which Petitioning Creditors might be owed. As a result, Alleged Debtor is entitled to an offset against any sums found owing to the Petitioning Creditors.

## FOURTH AFFIRMATIVE DEFENSE

### (Generally Paying Debts)

8. As a separate and fourth affirmative defense to the Involuntary Petition, Alleged Debtor asserts it is generally paying its debts as they become due.

## FIFTH AFFIRMATIVE DEFENSE

### (Debts Subject to Bona Fide Dispute)

9. As a separate and fourth affirmative defense to the Involuntary Petition, Alleged Debtor asserts that the debts purportedly owed to Petitioning Creditors are the subject of bona fide disputes as to liability or amount.

**WHEREFORE**, Alleged Debtor respectfully prays as follows:

A. That the Involuntary Petition be dismissed;

B. That Alleged Debtor be awarded is costs pursuant to 11 U.S.C. § 303(i);

C. That Alleged Debtor be awarded its reasonable attorneys' fees incurred herein pursuant to 11 U.S.C. § 303(i);

D. Alternatively, that Alleged Debtor be awarded judgment against Petitioning Creditors in the amount of any damages proximately caused by the filing of the Involuntary Petition pursuant to 11 U.S.C. § 303(i); and

///

///

///

     E.     Alternatively, that Alleged Debtor be awarded punitive damages against Petitioning Creditors pursuant to 11 U.S.C. § 303(i)(2).

Respectfully submitted,

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**

DATED: December 14, 2023    By:   */s/ Ryan D. O'Dea*
                                    Leonard M. Shulman
                                    Ryan D. O'Dea
                                    Attorneys for Alleged Debtor True Pharmastrip Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**100 Spectrum Center Drive, Suite 600, Irvine, CA 92618**

A true and correct copy of the foregoing document entitled (*specify*): **ANSWER TO INVOLUNTARY PETITION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 14, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Christopher Crowell**     ccrowell@hrhlaw.com
- **Michael W Kinney**     mkinney@lblglaw.com, michael@kinneylegal.com
- **Ryan D O'Dea**     rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Christopher E Prince**     cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On December 14, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**
Honorable Scott C. Clarkson
United States Bankruptcy Court
411 W. Fourth Street, Suite 5130
Santa Ana, CA 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 14, 2023 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                 F 9013-3.1.PROOF.SERVICE