FILED & ENTERED

JUL 23 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>True Pharmastrip, Inc.<br><br>Debtor(s). | Case No.: 8:23-bk-11489-SC<br><br>CHAPTER 7<br><br>**ORDER STRIKING ALLEGED DEBTOR'S ANSWER, ENTERING DEFAULT, SETTING FURTHER BRIEFING SCHEDULE FOR MOTION FOR ENTRY FOR ORDER FOR RELIEF AND VACATING HEARINGS AND TRIAL**<br><br><u>Vacated hearings:</u><br>Date:         July 30, 2024<br>Time:         11:00 AM<br>Courtroom: 5C |

On July 10, 2024, [Dk. 115], the Court issued an order directing the Alleged Debtor to file a responsive pleading by no later than July 22, 2024, as to why its Answer should not be stricken and default entered against it, for the failure to participate and have counsel, as required by Local Bankruptcy Rule 9011-2(a) ("Order to Show Cause"). The July 10, 2024 [Dk. 115] order specifically cautioned that the failure to

respond would result in the striking of the Answer and entry of default without further notice or hearing. No response was filed as ordered. Accordingly, having reviewed the docket as a whole, the Court finds good cause to order as follows:

1. The Alleged Debtor's Answer is stricken, and default is hereby entered.
2. By no later than August 30, 2024 (or earlier), the Petitioning Creditors are to file a motion, supported by appropriate evidence, seeking entry of an order for relief on the involuntary petition. Petitioning Creditors may utilize the procedures set forth in Local Bankruptcy Rule 9013-1(o).
3. The pre-trial hearing and hearing on the Order to Show Cause set for July 30, 2024, and the trial set for September 12, 2024, are hereby vacated.

**IT IS SO ORDERED.**

Date: July 23, 2024

Scott C. Clarkson
United States Bankruptcy Judge