1  CHRISTOPHER E. PRINCE (SBN 183553)
2      cprince@lesnickprince.com
   LESNICK PRINCE & PAPPAS LLP
3  315 W. Ninth Street, Suite 705
   Los Angeles, CA  90015
4  Telephone:  (213) 493-6496
   Facsimile:   (213) 493-6596
5
   Attorney for Petitioning Creditors BPMD
6  Texas Partners, LP, Lejos Investments, LLC,
   Ricky Lyons, Gordon Smith, and Robert
7  Chaikin

8

9                    UNITED STATES BANKRUPTCY COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11                       SANTA ANA DIVISION

12

13  In re                                    Case No. 8:23-bk-11489-SC

14                                           Chapter 7

15  TRUE PHARMASTRIP, INC., a Canadian        **ORDER FOR RELIEF IN AN
    corporation                              INVOLUNTARY CASE**
16
                    Debtor.
17

18

19         Upon consideration of the involuntary petition filed on July 24, 2023, and the docket

20  as a whole, the Court finds good cause to enter an order for relief against True

21  Pharmastrip, Inc., under chapter 7 of the Bankruptcy Code (title 11 of the United States

22  Code).

23         **IT IS SO ORDERED.**

24  Date: September 30, 2024
                                             Scott C. Clarkson
25                                           United States Bankruptcy Judge

26

27

28

---

**FILED & ENTERED**

**SEP 30 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK