CHRISTOPHER E. PRINCE (SBN 183553)
   cprince@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
315 W. Ninth Street, Suite 705
Los Angeles, CA  90015
Telephone:  (213) 493-6496
Facsimile:    (213) 493-6596

Proposed Special Litigation Counsel for
Chapter 7 Trustee, Thomas H. Casey

**FILED & ENTERED**

**MAY 08 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>TRUE PHARMASTRIP, INC., a Canadian corporation<br><br>                        Debtor. | Case No. 8:23-bk-11489-SC<br><br>Chapter 7<br><br>**ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY LESNICK PRINCE PAPPAS & ALVERSON LLP AS SPECIAL LITIGATION COUNSEL**<br><br>[No Hearing Require – Local Bankruptcy Rule 2014-1] |

      The Court, having considered the Application of Thomas H. Casey, the chapter 7 trustee in this case (the "Trustee"), to employ Lesnick Prince Pappas & Alverson LLP ("LPPA") as his special litigation counsel on April 18, 2025 [Dkt. No. 143] (the "Application"), the docket as a whole, and noting that no opposition to the Application was filed, finds good cause to order as follows:

      1.    The Application is granted as set forth herein.

      2.    The Trustee is authorized to employ LPPA as his special litigation counsel effective as of April 18, 2025, on the terms and conditions stated in the Application,

with compensation to be approved pursuant to § 330, with both the hourly rates and contingency components subject to Court review. LPPA must seek approval of its compensation utilizing the normal procedures under the Bankruptcy Code, Bankruptcy Rules and applicable Local Rules, with submission of its time sheets, etc., as required pursuant to § 330. To be clear, the Court will not abrogate its obligation to review all aspects of the request for contingency fee, including percentages, and hourly rate compensation.

### 

Date: May 8, 2025

Scott C. Clarkson
United States Bankruptcy Judge