CHRISTOPHER E. PRINCE (SBN 183553)
cprince@lesnickprince.com
LISA R. PATEL (SBN 341574)
lpatel@lesnickprince.com
LESNICK PRINCE PAPPAS & ALVERSON LLP
315 W. Ninth St., Suite 705
Los Angeles, CA 90015
Telephone: (213) 493-6496
Facsimile: (213) 493-6596

Special Litigation Counsel for Chapter 7
Trustee, Thomas H. Casey

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>TRUE PHARMASTRIP, INC., a Canadian corporation,<br><br>Debtor. | Case No. 8:23-bk-11489-SC<br><br>Chapter 7<br><br>**FIRST INTERIM APPLICATION OF LESNICK PRINCE PAPPAS & ALVERSON LLP FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 13, 2024 TO JANUARY 31, 2026; DECLARATION OF CHRISTOPHER E. PRINCE**<br><br><u>Hearing Information</u><br>Date: March 17, 2026<br>Time: 11:00 a.m.<br>Held Remotely via ZoomGov |

Under Bankruptcy Code Sections 330 and 331, Federal Bankruptcy Rule 2016(a), and Local Bankruptcy Rule 2016-1(a), Lesnick Prince Pappas & Alverson LLP ("LPPA") submits its First Interim Application for Approval of Fees in its role as special bankruptcy counsel to Thomas H. Casey in his capacity as chapter 7 trustee (the "Trustee") for the services rendered and costs incurred during the period from November 13, 2024 through January 31, 2026 (the "Application" for the "Application Period").

## I. REQUEST FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES

Pursuant to terms of LPPA's engagement, LPPA shall receive fifty percent of its standard hourly rates and shall also collect a contingency fee of between fifteen and twenty-five percent of recovery in any matter – ten percent if collected within four months, fifteen percent of recovery if collected before completion of discovery, twenty percent if collected before the pretrial conference and twenty-five percent thereafter.

For calculating the reduced-hourly rate, LPPA shall use the same hourly rates for this case that LPPA predominantly uses for other matters (which are then reduced by half).

By this Application, LPPA respectfully requests that this Court approve, on an interim basis: (a) LPPA's fees actually incurred during the Application Period in the amount of $30,949; and (b) LPPA's expenses actually incurred during the Application Period in the amount of $20; for a total award of $30,969 in fees and expenses. The total blended hourly rate is $272.50 (i.e., full standard blended hourly rate of $545 reduced by half).

## II. INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 2016-1

### A. A Brief Narrative History and Report Concerning the Status of the Case (Local Bankruptcy Rule 2016-1(a)(1)(A))

#### 1. The Bankruptcy Case and the Trustee's Appointment

On July 24, 2023, five petitioning creditors commenced an involuntary Chapter 7 proceeding against Debtor True Pharmastrip, Inc. (the "Debtor") through the filing

of a Chapter 7 Involuntary Petition Against a Non-Individual (the "Involuntary Petition"). [BK Dkt. No. 1.] On September 30, 2024, the Bankruptcy Court issued its Order for Relief in the involuntary case. [BK Dkt. No. 129.]

On October 1, 2024, the Trustee was duly appointed to serve as the chapter 7 trustee of this estate. [BK Dkt. No. 130.] The Trustee has acted as the chapter 7 trustee since that time.

**2. The Spertus Adversary**

On June 12, 2025, the Trustee filed a Complaint against Defendants Spertus Landes & Josephs LLP (the "Spertus Firm"), Litigation and Business Law Group, Inc. ("LBLG") and Michael William Kinney, Adv. No. 8:25-10-01243-SC (the "Spertus Adversary"). [Adv. Dkt. No. 1.]

The Complaint contains six claims for relief: (1) declaratory relief against all Defendants; (2) professional negligence (legal malpractice) against all Defendants; (3) breach of fiduciary duty against Mr. Kinney; (4) avoidance, recovery and preservation of constructive fraudulent transfers against the Spertus Firm; (5) avoidance, recovery and preservation of post-petition transfer against the Spertus Firm; and (6) turnover of estate property against all Defendants.

On August 14, 2025, the Spertus Firm moved to dismiss the first, fourth and fifth claims for relief and to strike portions of the Complaint. [Dkt. Nos. 15-17.] The Court denied both motions in their entirety on September 18, 2025. [Dkt. Nos. 40 & 41.]

**3. The 8Tech Adversary**

On June 12, 2025, the Trustee filed a Complaint against Defendant 8Tech Innovate, LLC, Adv. No. 8:25-10-01242-SC (the "8Tech Adversary"). [Adv. Dkt. No. 1.] The Complaint sought to avoid purported liens on TPI's assets. Defendant did not respond to the Complaint, and the Trustee sought entry of a clerk's default, which was granted. [Dkt. Nos. 8 and 9.]

Thereafter, the Trustee filed a Motion for Default Judgement, which was also granted. [Dkt. Nos. 12 and 18.]

**B. Employment Order (Local Bankruptcy Rule 2016-1(a)(1)(B))**

On May 8, 2025, the Court entered an Order approving LPPA's employment as of April 18, 2025. [Docket No. 152.] Under the terms of the approved engagement, LPPA bills its time on an hourly basis at half its normal hourly rate. If the Trustee recovers funds from the Litigation Claims, LPPA will be entitled to an additional contingency fee payment.

**C. Prior Fee Applications (Local Bankruptcy Rule 2016-1(a)(1)(C))**

LPPA has neither requested nor received an award of fees or reimbursement prior to this Application.

**D. Brief Narrative of Services Rendered and Time Expended (Local Bankruptcy Rule 2016-1(a)(1)(D))**

LPPA has classified the services for which it seeks compensation into categories. LPPA uses the American Bar Association Uniform Task-Based Management System (UTBMS) codes for bankruptcy matters (which are categories adopted from the United States Trustee Guidelines). LPPA has attempted to place the services performed in the category that best relates to the service provided as described below:

**1. Fee/Employment Applications [07]**

Work in this category consisted primarily of preparing this Application. During the Application Period, LPPA expended a total of 13.6 hours performing services related to this category. The amount of fees attributable to this category is $2,586, at a blended hourly rate of $194.17.

**2. Other Litigation [20]**

Work in this category consisted primarily of work relating to the 8Tech and Spertus Adversaries. With respect to the 8Tech Adversary, that work was primarily

preparing the Complaint and seeking a default judgment. With respect to the Spertus Adversary, the work was primarily preparing the Complaint, responding to Defendant's responsive motions, preparing for and attending the Rule 26(f) conference, drafting the Trustee's initial disclosures, and filing a motion for an order requiring Mr. Kinney, LBLG and the Spertus Firm to turn over all client files relating to their previous representations of the Debtor.

During the Application Period, LPPA expended a total of 120.3 hours performing services related to this category. The amount of fees attributable to this category is $28,363, at a blended hourly rate of $272.50.

**E. Detailed Listing of All Time Spent by the Professional on the Matter for Which Compensation is Sought (Local Bankruptcy Rule 2016-1(a)(1)(E))**

Attached to the Application as Exhibit A is a detailed listing of all the time that LPPA spent during the Application Period for which LPPA seeks compensation including the date LPPA rendered the service, a description of the service, the amount of time spent and a designation of the person who rendered the service for the period of time for the Application Period.

As detailed in Exhibit A, this Application is based on the performance of professional services by the following individuals:

| **Professional** | **Hours** | **2024 Hourly Rate** | **2025 Hourly Rate** | **2026 Hourly Rate** | **Total Compensation** |
|---|---|---|---|---|---|
| Christopher E. Prince | 25.4 | N/A | $695 | $775 | $17,829 |
| Lisa R. Patel | 64.6 | $425 | $425 | $485 | $28,025 |
| Kaitlyn M. Husar | 19.1 | N/A | $500 | N/A | $9,550 |
| David S. Alverson | 0.4 | N/A | $680 | N/A | $272 |
| Janet Mack | 24.4 | N/A | $255 | N/A | $6,222 |
| **Total Fees Incurred** | **133.9** | | | | **$61,898.00** |

| | | | | | |
|---|---|---|---|---|---|
| **Total Fees Sought (50%)** | | | | | **$30,949.00** |

**F. Detailed Listing of All Expenses (Local Rule 2016-1(a)(1)(F))**

Attached to the Application as Exhibit B is an itemization of all expenses that LPPA advanced on behalf of the Debtor during the Application Period. LPPA does not charge for routine in-house expense items, such as computer research, PACER, telecommunication charges, or routine photocopying and faxing. For larger mailings and photocopy projects, however, LPPA may use outside vendors. In such instances, as with its other out-of-pocket expenses, LPPA seeks only reimbursement of its actual expense and does not request any markup or surcharge. All expenses that LPPA advanced on behalf of the Debtor were necessarily incurred and are properly charged as administrative expenses of the estate.

**G. Description of Professional Education and Experience (Local Rule 2016-1(a)(1)(H))**

Attached hereto as Exhibit C are the professional biographies of the attorneys that billed time included in the Application.

**III. DISCUSSION**

Under the lodestar approach, the Court is to determine the number of hours reasonably expended in an attorney's representation of a debtor or a trustee and multiply such number by a reasonable hourly rate for the services performed. *See Pennsylvania v. Delaware Valley Citizens' Council for Clean Air*, 478 U.S. 546, 565 (1987); *In re Powerline Oil Co.*, 71 B.R. 767, 770 (B.A.P. 9th Cir. 1986). A reasonable hourly rate is presumptively the rate the marketplace pays for the services rendered. *Missouri v. Jenkins by Agyei*, 491 U.S. 274 (1989); *Burgess v. Klenske (In re Manoa Finance Co., Inc.)* 853 F.2d 687, 691 (9th Cir. 1988). Recognizing that the determination of an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme Court stated:

> Market prices of commodities and most services are determined by supply and demand. In this traditional sense there is no such thing

> as a prevailing market rate for the service of lawyers in a particular community. The type of services rendered by lawyers, as well as their experience, skill, and reputation, varies extensively – even within a law firm. Accordingly, the hourly rates of lawyers in private practice also vary widely. The fees charged often are based on the product of hours devoted to the representation multiplied by the lawyer's customary rate.

*Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984). In determining reasonable attorneys' fees under 42 U.S.C. § 1988 (civil rights actions), the Supreme Court has stated that a reasonable attorney's fee "means a fee that would have been deemed reasonable if billed to affluent plaintiffs by their own attorneys." *Missouri v. Jenkins by Agyei*, 491 U.S. 274, 286 (1989) (quoting *City of Riverside v. Rivera*, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)). Accordingly, a reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill, experience and reputation typically would be entitled as compensation. *Blum v. Stenson*, 465 U.S. at 895 n. 11.

LPPA submits that its hourly rates are reasonable and appropriate in the relevant community and in view of the circumstances of this case. LPPA's hourly rates have been approved in other cases similar to this one, and its rates are similar to those of other bankruptcy professionals with equivalent levels of experience and education. [Prince Decl. ¶ 5.] With respect to the time expended, LPPA submits that the amount of time expended reasonable under the circumstances.

LPPA respectfully submits that the foregoing establishes that its fees described herein are reasonable and that compensation of fees is appropriate.

## IV. CONCLUSION

LPPA respectfully requests that this Court enter an Order: (1) approving this Application in its entirety; (2) approving, on an interim basis, LPPA's fees in the amount of $30,949 and expenses in the amount of $20 incurred during the Application Period, for the total sum of $30,969; (3) authorizing and directing the Debtor to pay LPPA all allowed amounts as soon as possible; and (d) for such further and other relief as the Court may deem just and proper.

DATED: February 24, 2026 LESNICK PRINCE PAPPAS & ALVERSON LLP

By: /s/Christopher E. Prince
Christopher E. Prince
Special Litigation Counsel for Chapter 7
Trustee, Thomas H. Casey

## DECLARATION OF CHRISTOPHER E. PRINCE

I, Christopher E. Prince, hereby declare:

1. I am over the age of 18 and, unless indicated otherwise, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am an attorney and partner at the law firm Lesnick Prince Pappas & Alverson LLP ("LPPA"), special litigation counsel for Thomas H. Casey in his capacity as chapter 7 trustee (the "Trustee"). I submit this declaration in support of LPPA's application for an order authorizing interim compensation to LPPA in the amount of $30,969 for services rendered on behalf of the Trustee in this case, covering the period from November 13, 2024 to January 31, 2026 (the "Application").

3. To the best of my knowledge, information and belief, the matters stated in the Application are true and correct and the Application complies with all applicable statutes, rules, regulations and procedures.

4. The amount requested in the Application for compensation of fees is a compilation of individual time records in LPPA's billing software system, Clio. I am personally familiar with the Clio system and LPPA's practices for keeping time and expense records in the system. LPPA's attorneys, paraprofessionals and staff make the entries in the Clio system at or near the time when the described activities or expenses occurred based on their own personal knowledge of the activity or expense. It is the regular practice of LPPA attorneys, paraprofessionals, and staff to make such time and expense entries in Clio as part of LPPA's normal business operations. Individual time and expense entries are reviewed and edited for accuracy, preservation of privilege, and compliance with applicable rules and UST guidelines regarding compensation of professionals.

5. LPPA's hourly rates have been approved in other cases similar to this one, and its rates are similar to those of other bankruptcy professionals with equivalent levels of experience and education.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 24, 2026 at Los Angeles, California.

/s/ Christopher E. Prince
Christopher E. Prince

# Exhibit A

# Activities Export

02/23/2026
4:14 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/13/2024 | | 07 - Fee/Employment Applications: Draft LPP special employment application (4.2)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc.<br>Chapter 7 | Lisa Patel | 4.20h | $425.00 | - | $1,785.00 |
| 11/14/2024 | | 07 - Fee/Employment Applications: Draft LPP special employment application (1.9)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc.<br>Chapter 7 | Lisa Patel | 1.90h | $425.00 | - | $807.50 |
| 01/06/2025 | | 07 - Fee/Employment Applications: Edit Application to Employ LPP as Special Litigation Counsel (1.6).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc.<br>Chapter 7 | Janet Mack | 1.60h | $255.00 | - | $408.00 |
| 03/23/2025 | | 20 - Other Litigation: Legal research re client files (.8).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc.<br>Chapter 7 | Christopher E Prince | 0.80h | $695.00 | - | $556.00 |
| 04/18/2025 | | 07 - Fee/Employment Applications: Draft Notice of Employment Application of LPPA (0.8); prepare exhibits to Application (0.1); edit, finalize and file Employment Application and Notice of Application (0.9)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc.<br>Chapter 7 | Janet Mack | 1.80h | $255.00 | - | $459.00 |
| 04/22/2025 | | 20 - Other Litigation: Draft demand letter to Spertus, Landes & Josephs for turnover of Debtor's file (1.2)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc.<br>Chapter 7 | Lisa Patel | 1.20h | $425.00 | - | $510.00 |
| | | | | | **133.90h** | | **$0.00**<br>0.00h | **$61,898.00**<br>133.90h |

# Activities Export

02/23/2026
4:14 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/05/2025 | | 20 - Other Litigation: Exchange emails re tentative ruling on OSC (.3); Research re Debtor address (.4); Telephone call with A. Murray re same (.3)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Christopher E Prince | 1.00h | $695.00 | - | $695.00 |
| 05/07/2025 | | 07 - Fee/Employment Applications: Prepare, finalize and file Declaration That No Party Requested on Hearing re LPPA Employment Application (0.7); draft and lodge Order Approving Application to Employ LPPA (0.5).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Janet Mack | 1.20h | $255.00 | - | $306.00 |
| 05/12/2025 | | 20 - Other Litigation: Review C. Prince's research related to California professional responsibility and attorney-client privilege (.5); research case law related to chapter 7 trustee as inheritor of debtor's pre-peitition privilege (.8); initial drafting of turnover letter (1.9).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Kaitlyn Husar | 3.20h | $500.00 | - | $1,600.00 |
| 05/12/2025 | | 20 - Other Litigation: Exchange emails with A. Murray re corporate address (.2); legal research re obligation to produce client files (.3).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Christopher E Prince | 0.50h | $695.00 | - | $347.50 |
| 05/13/2025 | | 20 - Other Litigation: Complete draft of turnover demand letter | 4412-00001/Thomas Cas-True Pharm | Kaitlyn Husar | 2.10h | $500.00 | - | $1,050.00 |
| | | | | | **133.90h** | | **$0.00**<br>0.00h | **$61,898.00**<br>133.90h |

# Activities Export

02/23/2026
4:14 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | (2.0); email correspondence with C. Prince regarding demand letter (.1).<br>Unbilled | True Pharmastrip, Inc. Chapter 7 | | | | | |
| 05/14/2025 | | 20 - Other Litigation: Edit Trustee Demand Letter to Spertus re client files (0.4); begin drafting complaint against Spertus, LBLG and M. Kinney (0.7).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Janet Mack | 1.10h | $255.00 | - | $280.50 |
| 05/20/2025 | | 20 - Other Litigation: Legal research re trustee claims against professionals (2.1); Telephone call with K. Husar re complaint (.4).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Christopher E Prince | 2.50h | $695.00 | - | $1,737.50 |
| 05/20/2025 | | 20 - Other Litigation: Finalize turnover demand to Spertus Firm (0.4); Draft turnover demand to M. Kinney (0.7)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 1.10h | $425.00 | - | $467.50 |
| 05/20/2025 | | 20 - Other Litigation: Review motion to appoint interim trustee and response (.4); telephone conference with C. Prince regarding multi-party complaint (.7); research California pre-petition fraudulent transfer statute of limitation and related issues (.4)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Kaitlyn Husar | 1.50h | $500.00 | - | $750.00 |
| 05/21/2025 | | 20 - Other Litigation: review online corporate records related to | 4412-00001/Thomas Cas-True Pharm | Kaitlyn Husar | 2.30h | $500.00 | - | $1,150.00 |
| | | | | | **133.90h** | | **$0.00**<br>0.00h | **$61,898.00**<br>133.90h |

# Activities Export

02/23/2026
4:14 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | potential defendant entities (.5); email correspondence with C. Prince regarding the same (.1); begin drafting complaint with respect to fraudulent transfer claims (1.7). Unbilled | True Pharmastrip, Inc. Chapter 7 | | | | | |
| 05/21/2025 | | 20 - Other Litigation: Finalize and serve Demand Letters re Client files to J. Spertus and M. Kinney (0.6). Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Janet Mack | 0.60h | $255.00 | - | $153.00 |
| 05/22/2025 | | 20 - Other Litigation: Begin drafting factual background related to background relevant to all claims Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Kaitlyn Husar | 1.20h | $500.00 | - | $600.00 |
| 05/25/2025 | | 20 - Other Litigation: research legal malpractice claims and related legal theories (1.1); begin drafting professional negligence and breach of fiduciary duty claims in complaint (3.2). Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Kaitlyn Husar | 4.40h | $500.00 | - | $2,200.00 |
| 05/26/2025 | | 20 - Other Litigation: Continue drafting adversary complaint alleging professional negligence, breach of fiduciary duty, and constructive and actual fraudulent transfers. Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Kaitlyn Husar | 2.10h | $500.00 | - | $1,050.00 |
| | | | | | **133.90h** | | **$0.00** 0.00h | **$61,898.00** 133.90h |

# Activities Export

02/23/2026
4:14 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/27/2025 | | 20 - Other Litigation: Revise and finalize twelve count complaint in adversary matter (1.5); email correspondence with C. Prince regarding complaint (.1)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Kaitlyn Husar | 1.60h | $500.00 | - | $800.00 |
| 05/30/2025 | | 20 - Other Litigation: Edit complaint against Spertus, LBLG and Kinney (0.7); edit complaint against 8Tech (0.8).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Janet Mack | 1.50h | $255.00 | - | $382.50 |
| 06/02/2025 | | 20 - Other Litigation: Analyze issues re turnover of client files and legal research re same (.6); draft email to L. Patel re further research (.2).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Christopher E Prince | 0.80h | $695.00 | - | $556.00 |
| 06/02/2025 | | 20 - Other Litigation: Research re turnover of attorney client files (1.7)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 1.70h | $425.00 | - | $722.50 |
| 06/05/2025 | | 20 - Other Litigation: Edit Adversary Complaint against 8Tech (0.8).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Janet Mack | 0.80h | $255.00 | - | $204.00 |
| 06/06/2025 | | 20 - Other Litigation: Revise complaints against 8Tech and Spertus Firm, LBLG (2.0).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Christopher E Prince | 2.00h | $695.00 | - | $1,390.00 |
| | | | | | **133.90h** | | **$0.00**<br>0.00h | **$61,898.00**<br>133.90h |

# Activities Export

02/23/2026
4:14 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 06/09/2025 | | 20 - Other Litigation: Confer with C. Prince re complaint drafting strategy (.3); review previously filed malpractice/breach of fiduciary duty complaints re same (.1).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | David Alverson | 0.40h | $680.00 | - | $272.00 |
| 06/09/2025 | | 20 - Other Litigation: Review issues related to statute of limitations questions implicated by involuntary petition (.5); conference with C. Prince regarding case update and statute of limitation question (.1); draft email to C. Prince regarding order of relief (.1).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Kaitlyn Husar | 0.70h | $500.00 | - | $350.00 |
| 06/09/2025 | | 20 - Other Litigation: Conference with D. Alverson complaint, pleading requirements (.3); Revise complaint against Spertus Firm, LBLG (4.9).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Christopher E Prince | 5.20h | $695.00 | - | $3,614.00 |
| 06/10/2025 | | 20 - Other Litigation: Research re state law remedies for attorney's failure to turn over client file (0.7)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 0.70h | $425.00 | - | $297.50 |
| 06/10/2025 | | 20 - Other Litigation: Edit complaint against Spertus, Kinney and LBLG (0.9).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Janet Mack | 0.90h | $255.00 | - | $229.50 |
| | | | | | **133.90h** | | **$0.00**<br>0.00h | **$61,898.00**<br>133.90h |

# Activities Export



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 06/11/2025 | | 20 - Other Litigation: Revise complaints and exchange emails with T. Yoo, T. Casey re same (.5). Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Christopher E Prince | 0.50h | $695.00 | - | $347.50 |
| 06/11/2025 | | 20 - Other Litigation: Edit and finalize adversary complaints against 8Tech and Spertus, Kinney and LBLG (1.2). Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Janet Mack | 1.20h | $255.00 | - | $306.00 |
| 06/12/2025 | | 20 - Other Litigation: Edit, finalize and file adversary complaints against 8Tech and Spertus, LBLG and Kinney (0.9). Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Janet Mack | 0.90h | $255.00 | - | $229.50 |
| 06/16/2025 | | 20 - Other Litigation: Review letter from M. Kinney (.2); legal research re jurisdiction, causes of action, ancillary jurisdiction (1.8). Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Christopher E Prince | 2.00h | $695.00 | - | $1,390.00 |
| 06/18/2025 | | 20 - Other Litigation: Confer with J. Mack re service of summons on 8Tech and Spertus (0.3); Draft correspondence to M. Kinney re service of summons (0.2); Research re Hague Service Convention (0.6) Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 1.10h | $425.00 | - | $467.50 |
| 06/18/2025 | | 20 - Other Litigation: Draft Notice of Required Compliance with LBR 7026-1 and prepare service packages for each adversary | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Janet Mack | 1.10h | $255.00 | - | $280.50 |
| | | | | | **133.90h** | | **$0.00** 0.00h | **$61,898.00** 133.90h |

# Activities Export



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | proceeding (0.9); confer with L. Patel re service (0.2).<br>Unbilled | | | | | | |
| 06/24/2025 | | 20 - Other Litigation: Confer with J. Mack re service of summons (0.1); Confer with J. Navarro re same (0.1); Draft motion to permit electronic service on Kinney/LBLG (1.7)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 1.90h | $425.00 | - | $807.50 |
| 06/24/2025 | | 20 - Other Litigation: Confer with L. Patel re service of summons on LBLG and M. Kinney (0.1).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Janet Mack | 0.10h | $255.00 | - | $25.50 |
| 06/25/2025 | | 20 - Other Litigation: Draft motion to serve summons electronically (2.0); Review proofs of service of summons (0.1); Confer with J. Mack re same (0.1)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 2.20h | $425.00 | - | $935.00 |
| 06/25/2025 | | 20 - Other Litigation: Prepare, finalize and file Proof of Service of Summons and Complaint on 8Tech, Spertus, LBLG and M. Kinney (1.2).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Janet Mack | 1.20h | $255.00 | - | $306.00 |
| 06/26/2025 | | 20 - Other Litigation: Draft motion to serve summons electronically (1.7)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 1.70h | $425.00 | - | $722.50 |
| | | | | | **133.90h** | | **$0.00**<br>0.00h | **$61,898.00**<br>133.90h |

# Activities Export

02/23/2026
4:14 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 06/27/2025 | | 20 - Other Litigation: Revise motion for electronic service (1.5).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Christopher E Prince | 1.50h | $695.00 | - | $1,042.50 |
| 06/29/2025 | | 20 - Other Litigation: Draft motion re electronic service of summons (1.8)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 1.80h | $425.00 | - | $765.00 |
| 07/03/2025 | | 20 - Other Litigation: Review Notice of Status Conference and calendar related deadlines (0.4).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Janet Mack | 0.40h | $255.00 | - | $102.00 |
| 07/29/2025 | | 20 - Other Litigation: Prepare, finalize and file Request for Clerk to Enter Default in 8Tech Innovate matter (0.9).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Janet Mack | 0.90h | $255.00 | - | $229.50 |
| 07/30/2025 | | 20 - Other Litigation: Draft motion to serve M. Kinney/LBLG electronically (0.6)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 0.60h | $425.00 | - | $255.00 |
| 08/05/2025 | | 20 - Other Litigation: Draft motion re service of summons/complaint on Kinney/LBLG (0.7)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 0.70h | $425.00 | - | $297.50 |
| 08/06/2025 | | 20 - Other Litigation: Edit, finalize and file Motion for Authority to Electronically Serve Summons and Complaint re M. Kinney and Litigation and Business Law Group | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Janet Mack | 1.30h | $255.00 | - | $331.50 |
| | | | | | **133.90h** | | **$0.00**<br>0.00h | **$61,898.00**<br>133.90h |

# Activities Export



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | (1.3). Unbilled | | | | | | |
| 08/14/2025 | | 20 - Other Litigation: Review motion to dismiss and motion to strike (.5). Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Christopher E Prince | 0.50h | $695.00 | - | $347.50 |
| 08/14/2025 | | 20 - Other Litigation: Draft Stipulation and Order to Continue Status Conference in Spertus Landes ap (1.7). Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Janet Mack | 1.70h | $255.00 | - | $433.50 |
| 08/15/2025 | | 20 - Other Litigation: Edit, finalize and file Stipulation and Proposed Order to Continue Status Conference (0.9); attention to calendar (0.2). Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Janet Mack | 1.10h | $255.00 | - | $280.50 |
| 08/19/2025 | | 20 - Other Litigation: Draft motion for default judgment (3.4) Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 3.40h | $425.00 | - | $1,445.00 |
| 08/20/2025 | | 20 - Other Litigation: Review complaint against Spertus (0.7); Review Spertus motion to dismiss (0.8); Draft opposition to motion to dismiss (6.0) Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 7.50h | $425.00 | - | $3,187.50 |
| 08/20/2025 | | 20 - Other Litigation: Revise motion for default judgment (.8). | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. | Christopher E Prince | 0.80h | $695.00 | - | $556.00 |
| | | | | | **133.90h** | | **$0.00** 0.00h | **$61,898.00** 133.90h |

# Activities Export



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Unbilled | Chapter 7 | | | | | |
| 08/21/2025 | | 20 - Other Litigation: Confer with J. Mack re motion for default judgment (0.1); Draft opposition to Spertus motion to strike (2.5) Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 2.60h | $425.00 | - | $1,105.00 |
| 08/21/2025 | | 20 - Other Litigation: Edit, finalize and file Motion for Default Judgment re LBLG and M. Kinney (1.3). Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Janet Mack | 1.30h | $255.00 | - | $331.50 |
| 08/22/2025 | | 20 - Other Litigation: Review and revise opposition to motion to dismiss (.8); review and revise opposition to motion to strike (.3). Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Christopher E Prince | 1.10h | $695.00 | - | $764.50 |
| 08/22/2025 | | 20 - Other Litigation: Edit, finalize and file Oppositions to Spertus Landes' Motion to Dismiss and Motion to Strike (2.2). Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Janet Mack | 2.20h | $255.00 | - | $561.00 |
| 08/27/2025 | | 20 - Other Litigation: Review Kinney/LBLG opp. to motion for electronic service (0.5); Draft reply ISO motion for electronic service (3.4) Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 3.90h | $425.00 | - | $1,657.50 |
| 08/29/2025 | | 20 - Other Litigation: Confer with J. Mack re reply ISO motion for | 4412-00001/Thomas Cas-True Pharm | Lisa Patel | 0.20h | $425.00 | - | $85.00 |
| | | | | | **133.90h** | | **$0.00** 0.00h | **$61,898.00** 133.90h |

# Activities Export

02/23/2026
4:14 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | electronic service (0.2)<br>Unbilled | True Pharmastrip, Inc.<br>Chapter 7 | | | | | |
| 08/29/2025 | | 20 - Other Litigation: Edit, finalize and file Reply in Support of Motion to E-Serve Summons re LBLG and M. Kinney (1.2).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc.<br>Chapter 7 | Janet Mack | 1.20h | $255.00 | - | $306.00 |
| 09/02/2025 | | 20 - Other Litigation: Review Judge Clarkson's rules re appearances (0.1).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc.<br>Chapter 7 | Janet Mack | 0.10h | $255.00 | - | $25.50 |
| 09/02/2025 | | 20 - Other Litigation: Exchange emails with A. Murray re pending motions (.3); draft email re statutes of limitations (.5).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc.<br>Chapter 7 | Christopher E Prince | 0.80h | $695.00 | - | $556.00 |
| 09/05/2025 | | 20 - Other Litigation: Confer with A. Murray re MTD hearing preparation (0.5)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc.<br>Chapter 7 | Lisa Patel | 0.50h | $425.00 | - | $212.50 |
| 09/09/2025 | | 20 - Other Litigation: Attend hearing on service motion, MTD, MTS (1.0); Correspondence with C. Prince re same (0.2)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc.<br>Chapter 7 | Lisa Patel | 1.20h | $425.00 | - | $510.00 |
| 09/09/2025 | | 20 - Other Litigation: Confer with L. Patel re issuing another summons and proposed orders in Spertus matter (0.2). | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc.<br>Chapter 7 | Janet Mack | 0.20h | $255.00 | - | $51.00 |
| | | | | | **133.90h** | | **$0.00**<br>0.00h | **$61,898.00**<br>133.90h |

# Activities Export



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Unbilled | | | | | | |
| 09/10/2025 | | 20 - Other Litigation: Confer with J. Mack re alias summons (0.1); Review proposed orders denying MTD, MTS (0.2) Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 0.30h | $425.00 | - | $127.50 |
| 09/12/2025 | | 20 - Other Litigation: Submit alias summons to chambers for email service (0.3) Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 0.30h | $425.00 | - | $127.50 |
| 09/17/2025 | | 20 - Other Litigation: Draft stipulation and order continuing status conference (0.6) Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 0.60h | $425.00 | - | $255.00 |
| 09/18/2025 | | 20 - Other Litigation: Revise/ circulate stipulation and order continuing status conference (0.2) Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 0.20h | $425.00 | - | $85.00 |
| 09/19/2025 | | 20 - Other Litigation: Attention to filing stipulation/order continuing status conference (0.6) Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 0.60h | $425.00 | - | $255.00 |
| 09/22/2025 | | 20 - Other Litigation: Attention to filing stipulation and order continuing status conference (0.2); Calendar new status conference and related dates (0.2) Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 0.40h | $425.00 | - | $170.00 |
| | | | | | **133.90h** | | **$0.00** 0.00h | **$61,898.00** 133.90h |

# Activities Export



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/02/2025 | | 20 - Other Litigation: Lodge default judgment and file NOL (0.7)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 0.70h | $425.00 | - | $297.50 |
| 10/02/2025 | | 20 - Other Litigation: Review and revise proposed default judgment in 8Tech (.3)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Christopher E Prince | 0.30h | $695.00 | - | $208.50 |
| 10/22/2025 | | 20 - Other Litigation: Draft response to Spertus counterclaim (1.3)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 1.30h | $425.00 | - | $552.50 |
| 10/24/2025 | | 20 - Other Litigation: Telephone call with P. Maher re summons, meeting of counsel (.3).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Christopher E Prince | 0.30h | $695.00 | - | $208.50 |
| 10/29/2025 | | 20 - Other Litigation: Finalize and file answer to Spertus counterclaim (0.6)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 0.60h | $425.00 | - | $255.00 |
| 11/25/2025 | | 20 - Other Litigation: Confer with C. Prince re 26(f) conference (0.2); Review local local rules re joint status report (0.3); Correspondence with Defendants' counsel re 26(f) conference (0.4); Draft joint status report (0.4); Rule 26(f) conference with opposing counsel (1.1); Finalize and file joint status report (0.9)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 3.30h | $425.00 | - | $1,402.50 |
| | | | | | **133.90h** | | **$0.00**<br>0.00h | **$61,898.00**<br>133.90h |

# Activities Export



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/25/2025 | | 20 - Other Litigation: Prepare for and participate in Rule 26 conference (1.3); review JSR (.3).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Christopher E Prince | 1.60h | $695.00 | - | $1,112.00 |
| 12/01/2025 | | 20 - Other Litigation: Draft initial disclosures (1.9)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 1.90h | $425.00 | - | $807.50 |
| 12/03/2025 | | 20 - Other Litigation: Draft initial disclosures (0.6); Finalize and serve same (0.2)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 0.80h | $425.00 | - | $340.00 |
| 12/07/2025 | | 20 - Other Litigation: Draft email to M. Kinney, P. Maher re status conference, ADR (.3); Draft email to T. Casey, T. Woo re same, status, strategy (.2); Review defendants' initial disclosures (.5).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Christopher E Prince | 1.00h | $695.00 | - | $695.00 |
| 12/08/2025 | | 20 - Other Litigation: Confer with C. Prince re motion for turnover (0.1)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 0.10h | $425.00 | - | $42.50 |
| 12/18/2025 | | 20 - Other Litigation: Draft motion for turnover<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 3.90h | $425.00 | - | $1,657.50 |
| 01/05/2026 | | 20 - Other Litigation: Review and revise motion for turnover of client files (.5) | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. | Christopher E Prince | 0.50h | $775.00 | - | $387.50 |
| | | | | | **133.90h** | | **$0.00**<br>0.00h | **$61,898.00**<br>133.90h |

# Activities Export

02/23/2026
4:14 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Unbilled | Chapter 7 | | | | | |
| 01/07/2026 | | 20 - Other Litigation: Draft motion for turnover (1.2)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 1.20h | $485.00 | - | $582.00 |
| 01/08/2026 | | 20 - Other Litigation: Draft motion for turnover (1.2); Correspondence with P. Orpe re same (0.2)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 1.40h | $485.00 | - | $679.00 |
| 01/19/2026 | | 07 - Fee/Employment Applications: Prepare LPPA first interim fee application (1.8)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 1.80h | $485.00 | - | $873.00 |
| 01/20/2026 | | 20 - Other Litigation: Review Kinney/LBLG opposition to motion for turnover (0.5); Confer with C. Prince re reply ISO motion for turnover (0.2); Review the Spertus Firm opposition to motion for turnover (0.2)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 0.90h | $485.00 | - | $436.50 |
| 01/22/2026 | | 20 - Other Litigation: Draft reply ISO motion for turnover (2.2)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 2.20h | $485.00 | - | $1,067.00 |
| 01/23/2026 | | 20 - Other Litigation: Revise reply ISO motion for turnover (1.3).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Christopher E Prince | 1.30h | $775.00 | - | $1,007.50 |
| | | | | | **133.90h** | | **$0.00**<br>0.00h | **$61,898.00**<br>133.90h |

# Activities Export

02/23/2026
4:14 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 01/26/2026 | | 20 - Other Litigation: Confer with C. Prince re discovery plan (0.3); Draft reply ISO motion for turnover (0.6)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 0.90h | $485.00 | - | $436.50 |
| 01/26/2026 | | 20 - Other Litigation: Conference with L. Patel re reply ISO turnover motion, discovery requests (.4).<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Christopher E Prince | 0.40h | $775.00 | - | $310.00 |
| 01/26/2026 | | 07 - Fee/Employment Applications: Draft notice to professionals re first interim fee application (1.0)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 1.00h | $485.00 | - | $485.00 |
| 01/28/2026 | | 07 - Fee/Employment Applications: Confer with P. Orpe re filing notice to professionals of LPPA fee app (0.1)<br>Unbilled | 4412-00001/Thomas Cas-True Pharm<br>True Pharmastrip, Inc. Chapter 7 | Lisa Patel | 0.10h | $485.00 | - | $48.50 |
| | | | | | **133.90h** | | **$0.00**<br>0.00h | **$61,898.00**<br>133.90h |

# Exhibit B

# Activities Export

02/23/2026
4:17 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/22/2025 | $ | E107 Delivery services/ messengers: FedEx; Mail letters to M. Kinney and J.Spertus. Unbilled | 4412-00001/Thomas Cas-True Pharm True Pharmastrip, Inc. Chapter 7 | Jennifer Navarro | 1.00 | $20.00 | - | $20.00 |
| | | | | | | | **$0.00** 0.00h | **$20.00** 0.00h |

# Exhibit C

lesnick prince pappas alverson LLP
(https://lesnickprince.com/)



# Christopher E. Prince

Partner

213.291.8984(tel:213.291.8984)

213.493.6596

cprince@lesnickprince.com(mailto:cprince@lesnickprince.com)

Download vCard (https://lesnickprince.com/wp-content/uploads/vcards/Christopher%20Prince.vcf)

Experience | Published Decisions

Education

Chris practices in the areas of bankruptcy and insolvency, creditors' rights, and commercial litigation. In the bankruptcy and insolvency context, Chris has represented debtors, creditors' committees, equity committees, bankruptcy trustees and state court receivers as well as individual creditors, equity holders, insurance companies and prospective purchasers of assets.

Chris has represented both plaintiffs and defendants in dozens of evidentiary hearings in matters ranging from complex contested plan confirmation hearings in bankruptcy court to jury trials in state court. In addition to his trial practice, Chris represents clients in appellate matters involving complex bankruptcy and insolvency issues. Chris has briefed and argued matters in numerous appellate courts throughout the country, including several circuit courts and the California Supreme Court.

Before forming Lesnick Prince & Pappas LLP, Chris was a partner in the Bankruptcy and Restructuring Group at Sonnenschein Nath & Rosenthal (predecessor firm to Dentons). Prior to that, he practiced for five years at McCutchen Doyle Brown and Enersen (predecessor firm to Bingham McCutchen). Before entering private practice, he worked for the NAACP Legal Defense and Educational Fund, Inc. and the Natural Resources Defense Council.

Chris has been named to the California Super Lawyers list every year since 2011. He was named to the California Rising Stars list from 2004 to 2008. In 2008, the editorial board of the Los Angeles Daily Journal and San Francisco Daily Journal named Chris to their "Top 20 Under 40" list of prominent attorneys in California under the age of forty.

In 2004, Chris served as President of the John M. Langston Bar Association, one of the

nation's oldest and largest African-American bar associations. He served on Langston's Board of Directors for six years and was the co-chair of its business law section.

## Experience

*In re TCAST Communication, Inc.*, Represented debtor in chapter 11 proceedings.

*In re Meruelo Maddux Properties, Inc.*, Represented equity holders who obtained confirmation of an "competing" chapter 11 plan over objection of debtor in possession. Represented reorganized debtor in post-reorganization matters.

*In re Mirage Bottling Group, Inc.*, Represented Chapter 7 Trustee in a portfolio of preference and fraudulent transfer actions.

*Insurance Commissioner v. Centre Insurance Company, et al.,* Represented insurance company with respect to more than $250 million in allegedly preferential transfers under state insurance insolvency law.

*In re Aloha Airlines, Inc.*, Represented the Official Committee of Unsecured Creditors.

*In re UAL Corporation*, Represented the Official Committee of Unsecured Creditors in claim litigation regarding $9 billion in unfunded pension liabilities.

## Published Decisions

*Meruelo Maddux Properties 760 S. Hill Street, LLC v. Bank of America, N.A. (In re Meruelo Maddux Properties, Inc.),* 667 F.3d 1072 (9th Cir. 2012).

*Los Angeles County Metropolitan Transp. Authority v. Alameda Produce Market, LLC*, 52 Cal.4th 1100 (2011).

*Coral Const., Inc. v. City and County of San Francisco*, 50 Cal.4th 315 (2010).

*Centre Ins. Co. v. SNTL Corp. (In re SNTL Corp.)*, 571 F.3d 826 (9th Cir. 2009).

*PW Enterprises, Inc. v. North Dakota Racing Commission (In re Racing Services, Inc.)*, 540 F.3d 892 (8th Cir. 2008).

*In re Western Asbestos Company*, 313 B.R. 456 (Bankr.N.D.Cal. 2004).

*In re Western Asbestos Company*, 313 B.R. 859 (N.D.Cal. 2004).

## Education

University of California, Los Angeles School of Law, J.D. 1995

University of Illinois, Urbana-Champaign, B.A. Economics

University of Illinois, Urbana-Champaign, B.A. Political Science

lesnick prince pappas alverson LLP

(https://lesnickprince.com/)



# Lisa R. Patel

Associate

213.224.7860(tel:213.224.7860)

213.493.6596

lpatel@lesnickprince.com(mailto:lpatel@lesnickprince.com)

Download vCard (https://lesnickprince.com/wp-content/uploads/vcards/Lisa%20Patel.vcf)

Experience | Education

Lisa's practice focuses on bankruptcy and commercial litigation. Lisa earned her J.D. from UCLA School of Law.

Prior to joining LPPA, Lisa was an associate at a Los Angeles-based firm practicing securities and employment litigation.

In law school, Lisa was an intern for Inner City Law Center, where she advocated for housing equality for people experiencing homelessness in Los Angeles. She was also a law clerk for a corporate and commercial litigation firm located in Century City.

---

University of California, Los Angeles School of Law, J.D. 2021

Cornell University, A.B. 2018

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Lesnick Prince Pappas & Alverson LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015.

A true and correct copy of the foregoing document entitled (*specify*): **FIRST INTERIM APPLICATION OF LESNICK PRINCE PAPPAS & ALVERSON LLP FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 13, 2024 TO JANUARY 31, 2026; DECLARATION OF CHRISTOPHER E. PRINCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/24/26, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Thomas H Casey (TR)** msilva@tomcaseylaw.com, thc@trustesolutions.net
- **Christopher Crowell** ccrowell@frandzel.com, mbrandenberg@frandzel.com
- **Michael W Kinney** michaelcarc38@outlook.com, michael@kinneylegal.com
- **Patrick A Maher** pmaher@nemecek-cole.com
- **Allison C. Murray** acmurray@swlaw.com, kcollins@swlaw.com
- **Lisa Patel** lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Christopher E Prince** cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- **Nanette D Sanders** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Andrew Still** astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Timothy J Yoo** TJY@LNBYG.COM

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 02/24/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/24/26 | Lisa R. Patel | /s/Lisa R. Patel |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |